# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** DEBORAH R. COLE, Appellant

v.

THE BOEING COMPANY, Appellee

**Case No:** 14-7185

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)     ● Appellee(s)/Respondent(s)     ○ Intervenor(s)     ○ Amicus Curiae

The Boeing Company

Names of Parties                                      Names of Parties

### Counsel Information

**Lead Counsel:** Michael J. Murphy

Direct Phone: (202) 263-0250   Fax: (202) 887-0866   Email: michael.murphy@odnss.com

**2nd Counsel:**

Direct Phone: (   )    -      Fax: (   )    -      Email:

**3rd Counsel:**

Direct Phone: (   )    -      Fax: (   )    -      Email:

**Firm Name:** Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

**Firm Address:** 1909 K Street, N.W., Suite 1000, Washington, D.C. 20006

**Firm Phone:** (202) 887-0855   Fax: (202) 887-0866   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DEBORAH R. COLE, <br><br> Appellant, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-7185 <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2015, I caused a copy of the foregoing to be served electronically, and with the Clerk of the Court using the ECF system, and will send the foregoing via first class mail to the following:

Arinderjit Dhali
Dhali PLLC
1629 K Street, N.W., Suite 300
Washington, D.C. 20006

　　　　　　　　　　　　　　　　　　/s/ Michael J. Murphy
　　　　　　　　　　　　　　　　　　Michael J. Murphy

19935495.1