# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 14-7185　　　　　　　　　　　　　　　　September Term, 2014

1:11-cv-01494-RMC

Filed On: March 11, 2015 [1541720]

Deborah R. Cole,

    Appellant

  v.

The Boeing Company,

    Appellee

### O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 6, 2015 (unchanged) |
| Appendix | April 6, 2015 (unchanged) |
| Appellee's Brief | May 13, 2015 |
| Appellant's Reply Brief | May 27, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk